# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GENE ANTHONY ALLEN,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 72853 ✓ |
| GENE ANTHONY ALLEN,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 72864 |
| GENE ANTHONY ALLEN,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 72929 |
| GENE ANTHONY ALLEN,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 73526 |

**FILED**

AUG 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se notices of appeal from district court orders denying a motion to seal and denying a motion to file a successive habeas corpus petition, denying a motion to compel, denying a motion for appointment of limited counsel or a master clerk of the court, denying a motion to update the PSI file, and denying a motion for reconsideration on the merits and denying a motion for order directing clerk to issue presentence investigation report to defendant  Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

17-27575

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.[1]

_____ , J.
Douglas

_____ J.
Gibbons

_____ , J.
Pickering

cc: Hon. Jennifer P. Togliatti, District Judge
Gene Anthony Allen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]In light of this order, we take no action on the pro se documents filed in these appeals.